# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>  Antonios G Petrohelos<br>  Connie Petrohelos<br>           Debtor(s) | Case No. 15 B 05732 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/20/2015.

2) The plan was confirmed on 06/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 06/16/2016.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,001.13 |
| Less amount refunded to debtor | $628.00 |

**NET RECEIPTS:** $9,373.13

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,052.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $350.92 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,402.92

Attorney fees paid and disclosed by debtor: $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Activity Collection Services Inc | Unsecured | 670.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 194.00 | 98.00 | 98.00 | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 10,906.00 | 10,906.89 | 10,906.89 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 955.00 | 754.55 | 754.55 | 0.00 | 0.00 |
| Applied Bank | Unsecured | 2,249.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 495.00 | 1,248.18 | 1,248.18 | 0.00 | 0.00 |
| Bank of America | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Cashcity Loans | Unsecured | 150.00 | 289.72 | 289.72 | 0.00 | 0.00 |
| Cbna | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Charter ONE | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| Citibank/The Home Depot | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,411.10 | 2,216.60 | 2,216.60 | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 1,654.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| Eos Cca | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Unsecured | 0.00 | 45,389.37 | 45,389.37 | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 2,529.67 | 1,759.85 | 1,759.85 | 0.00 | 0.00 |
| Illinois Collection S | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 10,115.73 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Se | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 146.66 | 146.66 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 1,612.51 | 1,612.51 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 0.00 | 1,852.16 | 1,852.16 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,851.75 | 5,066.10 | 5,066.10 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 2,040.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 388.00 | 412.86 | 412.86 | 0.00 | 0.00 |
| Lvnv Funding Llc | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| Lvnv Funding Llc | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| Mbb | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 4,119.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 14,171.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Co | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 3,621.00 | 3,763.55 | 3,763.55 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 189,606.00 | 364,809.03 | 364,809.03 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 18,553.17 | 24,319.26 | 18,553.17 | 4,970.21 | 0.00 |
| Payday Loan Store | Unsecured | 150.00 | 130.79 | 130.79 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 668.86 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,354.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 263.00 | 278.75 | 278.75 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 8,648.00 | 8,723.80 | 8,723.80 | 0.00 | 0.00 |
| RMI/MCSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| State of Illinois Tollway | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Vision Fin | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $364,809.03 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,553.17 | $4,970.21 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$383,362.20** | **$4,970.21** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,212.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,212.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$80,117.58** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,402.92 |
| Disbursements to Creditors | $4,970.21 |
| **TOTAL DISBURSEMENTS** : | **$9,373.13** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/26/2016          By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**